JAMES E. TAYLOR, Respondent, *v.* AUBURN LIGHT, HEAT AND POWER COMPANY, Appellant.

*Taylor* v. *Auburn Light, Heat & Power Co.*, 140 App. Div. 919, affirmed.
(Argued February 1, 1912; decided February 20, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,

entered October 24, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*William H. Harding* for appellant.

*A. Lee Olmsted* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.